IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STEPHEN A. HENRY, J-95418,**<br><br>Plaintiff,<br><br>v.<br><br>**PRISON MEDICAL PROVIDERS, et al.,**<br><br>Defendants. | Case No. C 13-0201 CRB (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants E. Bridgnell and M. Sepulveda (Defendants) filed a request for extension of time up to and including January 17, 2014, in which to file a motion for summary judgment or other dispositive motion.

///

///

///

///

///

///

///

1

1   The Court has read and considered Defendants' request and the accompanying declaration
2   of counsel, and finds good cause exists to grant the request.  Accordingly, Defendants' request for
3   an extension of time is GRANTED.  The time for Defendants to file a motion for summary
4   judgment or other dispositive motion is extended for sixty days, up to and including January 17,
5   2014.  Plaintiff's opposition to the dispositive motion shall be filed with this Court and served on
6   Defendants no later than twenty-eight days from the date the dispositive motion is filed.  A reply
7   brief shall be filed and served no later than fourteen days after Plaintiff's opposition is filed.
8   IT IS SO ORDERED.

10  Dated:  November 18, 2013



The Honorable Charles R. Breyer

27  SF2013205939
    40819377.doc
28

2

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot.  (C 13-0201 CRB (PR))