1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12

| | |
|---|---|
| **STEPHEN A. HENRY, J-95418,** | Case No. C 13-0201 CRB (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS'** |
| | **MOTION TO CHANGE TIME TO FILE** |
| **v.** | **A DISPOSITIVE MOTION** |
| **PRISON MEDICAL PROVIDERS, et al.,** | |
| Defendants. | |

18

19        Defendants E. Bridgnell and M. Sepulveda (Defendants) filed a request for extension of

20   time up to and including January 17, 2014, in which to file a motion for summary judgment or

21   other dispositive motion.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot.  (C 13-0201 CRB (PR))

1    The Court has read and considered Defendants' request and the accompanying declaration

2    of counsel, and finds good cause exists to grant the request.  Accordingly, Defendants' request for

3    an extension of time is GRANTED.  The time for Defendants to file a motion for summary

4    judgment or other dispositive motion is extended for sixty days, up to and including January 17,

5    2014.  Plaintiff's opposition to the dispositive motion shall be filed with this Court and served on

6    Defendants no later than twenty-eight days from the date the dispositive motion is filed.  A reply

7    brief shall be filed and served no later than fourteen days after Plaintiff's opposition is filed.

8    IT IS SO ORDERED.

9

10   Dated:  November 18, 2013

11   The Honorable Charles R. Breyer



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   SF2013205939
     40819377.doc

28

2